UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24259-CV-WILLIAMS

BRENDA ARMBRUST,

    Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 23) ("*Report*") on Defendants' Motion to Dismiss (DE 12) ("*Motion*"). In the Report, Judge Goodman recommends that the Motion be granted, and that Plaintiff's Complaint be dismissed without prejudice with leave to file an amended complaint. (DE 23 at 4.) Specifically, Judge Goodman finds that "Plaintiff failed to allege actual notice and failed to adequately allege constructive notice." (*Id.* at 18.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 23) is **AFFIRMED AND ADOPTED**.

    2.    Defendants' Motion to Dismiss (DE 12) is **GRANTED**.

    3.    If Plaintiff believes she can address the deficiencies outlined in the Report, she must file an amended complaint **within seven days from the date of**

**this Order**. Failure to do so will result in dismissal of this action.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>21st</u> day of March, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE